Case 4:11-cv-00710-A Document 20 Filed 08/10/12 Page 1 of 2 PageID 120

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 10 2012

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CYNDRA HENRY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:11-CV-710-A |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY, | § | |
| | § | |
| Defendant. | § | |

ORDER

Came on for consideration the above-captioned action wherein Cyndra Henry is plaintiff and Michael J. Astrue, Commissioner of Social Security, is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for a period of disability and disability insurance benefits under 42 U.S.C. §§ 416(i) and 423, respectively. On July 19, 2012, the United States Magistrate Judge issued his proposed findings and conclusions and his recommendation, and granted the parties until August 2, 2012, in which to file and serve objections. On August 6, 2012, plaintiff filed a notice stating that she did not intend to file any objections, and the Commissioner also has not filed any objections. After studying the filings of the parties, the magistrate judge's proposed findings and conclusions, and the

applicable legal authorities, the court has decided to adopt the Magistrate Judge's proposed findings and conclusions and accept his recommendation.

Therefore,

The court ORDERS that the decision of defendant that plaintiff was not entitled to a period of disability or disability insurance benefits under 42 U.S.C. §§ 416(i) and 423, respectively, be, and is hereby, affirmed.

SIGNED August 10, 2012.

_____
JOHN McBRYDE
United States District Judge